UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FRESNO ROCK TACO, LLC,,<br><br>            Plaintiff,<br><br>v.<br><br>NATIONAL SURETY CORPORATION, *et. al*.<br><br>            Defendants. | CASE NO. 1:11-CV-00845-LJO-BAM<br><br>**ORDER TO AMEND COMPLAINT AND SCHEDULING ORDER** |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), plaintiff is allowed to amend its complaint to add The Zone Sports Center, LLC, as an additional plaintiff in this action.

Further, for good cause shown it is hereby ordered that pursuant to Federal Rule of Civil Procedure 16(b)(4), the scheduling order is amended as follows:

- Trial: October 30, 2012.
- Pre-trial conference: September 11, 2012
- Dispositive Motion Hearing Deadline: August 14, 2012
- Dispositive Motion Filing Deadline: July 2, 2012
- Non-Expert and Expert Discovery Cut-off: May 24, 2012
- Expert Disclosures: April 9, 2012

IT IS SO ORDERED.

Dated: **December 20, 2011**          /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE