JOHN V. HAGER (SBN 61384)
SEAN D. COONEY (SBN 253558)
HAGER & DOWLING
319 East Carrillo Street
Santa Barbara, California  93101
805-966-4700; Fax: 805-966-4120
**mail@hdlaw.com**

Attorneys for Defendant, NATIONAL SURETY CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FRESNO ROCK TACO, LLC, a California unlimited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SURETY CORPORATION, a Fireman's Fund company; DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 1:11-CV-00845-LJO-BAM<br>District Judge Lawrence J. O'Neill<br>Magistrate Judge Barbara A. McAuliffe<br><br>**ORDER RE: DEPOSITION OF PAUL BINDER** |

On Wednesday, March 7, 2012, the Court held a discovery conference regarding the deposition of Paul Binder.  After reviewing correspondence between the parties and hearing the oral argument of counsel for both parties, the Court orders as follows:

1. The deposition of Mr. Binder set for March 7, 2012, at 10:00 am is suspended, and a protective order granted, pursuant to Federal Rules of Civil Procedure 26(c).

2. Mr. Binder shall appear for a deposition on Tuesday, March 27, 2012, starting at 10:00 am at Aiken Welch Court Reporter, 1 Kaiser Plaza, Oakland, California.

///

///

3. Counsel for National Surety Company shall serve notice on Mr. Binder of the new date, time, and location of the deposition.

IT IS SO ORDERED.

Dated:   **March 7, 2012**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE