IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO ROCK TACO, LLC, et al., <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL SURETY CORP., <br><br> Defendant. <br> _____/ | CASE NO. CV F 11-0845 LJO BAM <br> **New Case Number CV F 11-0845 LJO SKO** <br><br> **ORDER TO RELATE ACTIONS AND TO ASSIGN NEW MAGISTRATE JUDGE** <br> (Doc. 42.) |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *Fresno Rock Taco, LLC, eta l. v. Ben Rodriguez, et al.,* Case No. CV F 11-0622 LJO SKO. The actions involve the same or similar parties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same judges will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same judges, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. Magistrate Judge Sheila K. Oberto with a new **CASE NO. CV F 11-0845 LJO SKO**. All documents shall bear the new **CASE NO. CV F 11-0845 LJO SKO** and the reassignment to U.S. Magistrate Judge Sheila K. Oberto. U.S. District Judge Lawrence J. O'Neill shall remain assigned to this action.

IT IS SO ORDERED.

Dated:     September 6, 2012                    /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

1