1  **John V. Hager (SBN 61384)**
   **Sean D. Cooney (SBN 253558)**
2  **Hager Dowling Lim & Slack**
   **319 East Carrillo Street**
3  **Santa Barbara, California  93101**
   **805-966-4700; Fax: 805-966-4120**
4  mail@hdlaw.com

5  Attorneys for Defendant, National Surety
   Corporation

6

7

8                    UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 FRESNO ROCK TACO, LLC, a              CASE NO. 1:11-CV-0845-LJO-SKO
   California limited liability company;  District Judge Lawrence J. O'Neill
12 ZONE SPORTS CENTER, LLC, a            Magistrate Judge Sheila K. Oberto
   California limited liability company,
13
              Plaintiffs,                **STIPULATION AND ORDER**
14                                        **RE: DEPOSITION OF NEWLY**
   v.                                     **DISCLOSED WITNESSES AND**
15                                        **PLAINTIFFS' AGREEMENT TO NOT**
   NATIONAL SURETY CORPORATION,           **CALL CERTAIN WITNESSES**
16 a Fireman's Fund company; DOES 1-10,
   inclusive,
17
              Defendants.
18

19        WHEREAS, defendant alleges that plaintiffs included several witnesses in the Pre-

20 Trial Statement that had not been disclosed in Plaintiffs' initial disclosures or at any time

21 during discovery; plaintiffs deny this allegation;

22        WHEREAS, defendant National Surety Corporation objects to plaintiffs calling

23 these witnesses at trial if their depositions are not taken;

24        WHEREAS, on September 13, 2012, the Court ordered the parties to meet and

25 confer regarding the taking of these witnesses' depositions and to file any stipulations

26 and/or motions by September 20, 2012 (CM/ECF No. 129);

27

28                                      1    STIPULATION RE: DEPOSITION OF NEWLY
                                            DISCLOSED WITNESSES AND PLAINTIFFS'
                                               AGREEMENT TO NOT CALL CERTAIN
                                                        WITNESSES

1    The parties stipulate as follows:

2    1.    National Surety shall be permitted to take the depositions of up to four

3 additional depositions, targeted for October 10-12, 2012, subject to counsel and witness

4 availability;

5    2.    The time for National Surety's questioning of each witness is not to exceed

6 two hours;

7    3.    Plaintiff will withdraw Lynn Weiss, John Heinrich, Sam Renteria, and

8 Shannon Banks from their witness list and be precluded from calling them at trial.

9

10 DATED: September 20, 2012          HAGER DOWLING LIM & SLACK

11

12                                   By:  /s/  Sean D. Cooney
                                          SEAN D. COONEY
13                                        Attorneys for Defendant, National Surety
                                          Corporation
14

15 DATED: September 20, 2012          LAW OFFICES OF RICHARD HAMLISH

16

17                                   By:      /s/ Richard Hamlish
18                                        RICHARD HAMLISH
                                          Attorneys for Plaintiffs
19

20                                   ORDER

21

22    _____

23 IT IS SO ORDERED.

24    Dated:   **September 24, 2012**          **/s/ Sheila K. Oberto**
25                                        UNITED STATES MAGISTRATE JUDGE

26

27

28
                                2    STIPULATION RE: DEPOSITION OF NEWLY
                                     DISCLOSED WITNESSES AND PLAINTIFFS'
                                     AGREEMENT TO NOT CALL CERTAIN
                                     WITNESSES