# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO ROCK TACO, LLC, et al., | CASE NO. CV F 11-0845 LJO BAM |
| Plaintiffs, | **ORDER ON DEFENSE MOTIONS IN LIMINE** |
| vs. | (Docs. 139-145.) |
| NATIONAL SURETY CORPORATION, | |
| Defendant. | |

This Court issues the following rulings on defendant's motions in limine ("MIL"):

**Defendant's MIL No. 1:** This Court GRANTS as uncontested defendant's MIL No. 1 as to litigation conduct.

**Defendant's MIL No. 2:** This Court GRANTS as uncontested defendant's MIL No. 2 as to other litigation against defendant.

**Defendant's MIL No. 3:** This Court ORDERS that all factual witnesses upon which Dr. Luna has relied must testify before Dr. Luna testifies so that this Court will be able to determine whether Dr. Luna has a legal foundation upon which she can rely to form and give expert opinions.

**Defendant's MIL No. 4:** This Court GRANTS as uncontested defendants' MIL No. 4 as to

1

plaintiffs' attempt to obtain California Department of Insurance documents.

**Defendant's MIL No. 5:** This Court ORDERS plaintiffs, no later than 12 p.m. on October 12, 2012, to:

    a.    Provide a detailed offer of proof on how the two businesses are similar enough to be relevant; and

    b.    Respond substantively to the concerns raised by defendant at page 6, lines 26-27 of the "Joint Report on Status of Motions in Limine."

**Defendant's MIL No. 6:** This Court ORDERS that plaintiffs may refer to the size or financial resources of defendant only as such matters pertain to the punitive damages, the only issue to which defendant's size or financial resources are relevant.

**Defendant's MIL No. 7:** This Court GRANTS as uncontested defendant's MIL No. 7 as to unrelated thefts.

IT IS SO ORDERED.

**Dated:**    **October 8, 2012**          /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE