# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO ROCK TACO, LLC, et al.,<br><br>              Plaintiffs,<br><br>   vs.<br><br>NATIONAL SURETY CORPORATION,<br><br>              Defendant.<br>_____/ | CASE NO. CV F 11-0845 LJO BAM<br><br>**ORDER TO CORRECT ORDER ON PLAINTIFFS' MOTION IN LIMINE NO. 2**<br><br>(Doc. 151.) |

      This Court CORRECTS its ruling on plaintiffs' Motion in Limine No. 2 to permit expert Gary Gray to testify on the issues of **damages** only.

      IT IS SO ORDERED.

**Dated:   October 11, 2012**             /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE