# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO ROCK TACO, LLC, et al., | CASE NO. CV F 11-0845 LJO BAM |
| Plaintiffs, | **ORDER ON DEFENDANT'S MOTION IN LIMINE NO. 5** |
| vs. | (Doc. 142.) |
| NATIONAL SURETY CORPORATION, | |
| Defendant. | |
| _____ / | |

Plaintiffs have failed to respond timely to this Court's order on defendant's motion in limine ("MIL") No. 5 to exclude evidence as to the Club Rome business. As such, this Court GRANTS defendant's MIL No. 5 and EXCLUDES evidence as to the Club Rome business.

IT IS SO ORDERED.

**Dated:    October 15, 2012**                    /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

1