# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO ROCK TACO, LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL SURETY CORPORATION, <br><br> Defendant. <br> _____ / | CASE NO. CV F 11-0845 LJO BAM <br><br> **ORDER REGARDING DEFENSE COUNSEL'S POTENTIAL TRIAL UNAVAILABILITY AND FOR A JOINT VERDICT FORM** <br><br> (Doc. 154.) |

    Given defense counsel's potential unavailability, this Court ORDERS defense counsel, no later than 7 p.m. on October 24, 2012, to file a declaration to indicate his availability for trial and need to continue the trial of this action.

    The parties have failed to file an acceptable verdict form and disobey Section U.5. of the Pretrial Order. As such, this Court ORDERS the parties, no later than 7 p.m. on October 24, 2012, to file papers to show cause why this Court should not impose sanctions on them for their disobedience of the Pretrial order. This Court will discharge this order to show cause, if no later than 7 p.m. on October 24, 2012, the parties file an acceptable verdict form.

IT IS SO ORDERED.

1  **Dated:   October 22, 2012**                    **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE