# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO ROCK TACO, LLC, et al., | CASE NO. CV F 11-0845 LJO BAM |
| Plaintiff, | **ORDER TO RESET TRIAL** |
| vs. | (Doc. 174.) |
| NATIONAL SURETY CORPORATION, | |
| Defendant. | |

Given defense counsel John Hager's declaration of unavailability, this Court VACATES the October 30, 2012 trial and RESETS the trial for April 23, 2013.

IT IS SO ORDERED.

**Dated:    October 23, 2012**            /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

1