# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO ROCK TACO, LLC, et al., | CASE NO. CV F 11-0845 LJO BAM |
| Plaintiff, | **ORDER ON REMAINING TRIAL SUBMISSIONS** |
| vs. | |
| NATIONAL SURETY CORPORATION, | |
| Defendant. | |

Given that trial has been reset to April 23, 2013, this Court RESETS to April 18, 2013 the deadline to submit remaining trial documents, which appear limited to exhibits, discovery documents and deposition transcripts. The parties are not to submit exhibits, discovery documents and deposition transcripts pursuant to the October 26, 2012 deadline set by the September 11, 2012 pretrial conference in that this Court lacks the resources to store such documents. This Court acknowledges plaintiffs' proposed jury instruction on stipulated facts and will read the stipulated facts to the jury at an appropriate time. This Court further acknowledges receipt of the revised verdict forms from defense counsel and discharges the parties from the October 22, 2012 order to show cause (doc. 173). Counsel may contact staff attorney Gary Green (559) 499-5683 with questions or concerns.

IT IS SO ORDERED.

**Dated:   October 23, 2012**                              /s/ Lawrence J. O'Neill
                                                                            UNITED STATES DISTRICT JUDGE

1