# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO ROCK TACO, LLC, et al., | CASE NO. 1:11-cv-00845-LJO-SKO |
| Plaintiffs, | **ORDER SETTING TRIAL FOR MAY 7, 2013** |
| v. | |
| NATIONAL SURETY CORPORATION, | |
| Defendant. | |

On February 28, 2013, the parties appeared for a telephonic conference to set a trial date in this matter. The parties agreed that the trial should be set for **Tuesday, May 7, 2013.** Defendant requested additional time to consider consenting to the jurisdiction of the U.S. Magistrate Judge. If Defendant elects to consent, Defendant shall file the appropriate form on or before **Wednesday, March 6, 2013**, reflecting consent to magistrate judge jurisdiction; the trial date **will remain set for May 7, 2013, and will proceed before U.S. Magistrate Judge Sheila K. Oberto**.

The court notes that a pre-trial conference in this matter was previously held before District Judge Lawrence J. O'Neill, and a pretrial order was issued on September 11, 2012. (Doc. 127.) Judge O'Neill has resolved and decided all outstanding issues and has ruled on the parties' motions in limine. The **only** filings or trial submissions to be submitted by the parties are the remaining trial

documents, which are *limited to exhibits, discovery documents, and deposition transcripts*.  (*See* Doc. 177.)  These documents shall be submitted to the Court by **no later than Monday, April 29, 2013.**

IT IS SO ORDERED.

**Dated:     March 1, 2013**                              /s/ Sheila K. Oberto
                                                         UNITED STATES MAGISTRATE JUDGE