IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO ROCK TACO, et al.,<br><br>            Plaintiffs,<br><br>    vs.<br><br>NATIONAL SURETY CORPORATION,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 11-0845 LJO SKO<br>New Case No. CV F 11-0845 SKO<br><br>**ORDER OF REFERENCE AND REASSIGNMENT TO MAGISTRATE JUDGE**<br>(Docs. 120, 184.) |

The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. Thus, on the basis of good cause, this action is reassigned to U.S. Magistrate Judge Sheila K. Oberto for all further proceedings, including trial and entry of judgment, in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c). All further papers shall bear the new case number **CV F 11-0845 SKO**.

This district judge will take no further action in this case.

IT IS SO ORDERED.

**Dated:    March 7, 2013**              /s/  Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE