# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO ROCK TACO, LLC, et al., | CASE NO. 1:11-cv-00845-SKO |
| Plaintiffs, | **ORDER SETTING TRAINING SESSION FOR USE OF COURTROOM TECHNOLOGY DURING TRIAL** |
| v. | |
| NATIONAL SURETY CORPORATION, | |
| Defendant. | |
| _____ / | |

For purposes of presenting evidence during the course of the trial in this matter, the parties are advised that **a training session with Court's Information Technology ("IT") personnel is set for Monday, May 6, 2013, at 3:00 in Courtroom 7.** At this training session, the parties will receive instructions on how to utilize the courtroom technology for purposes of presenting documentary, video, or sound recording evidence.

The parties are further advised that any materials they wish to exhibit on courtroom television monitors must be done through their personal laptop computers. While the courtroom's technology will amplify sound and picture onto the television monitors through the use of a laptop computer, the laptop itself must be provided by counsel. The courtroom technology does not include the ability to *play* cassette tapes, DVDs, CDs, or other sound and video recordings; it can only project or

1  amplify what is playable through a laptop computer.  Additionally, the courtroom has no equipment
2  to print a hard copy of any evidence projected onto the television monitors.  The courtroom is
3  equipped to project single pages of paper evidence onto the courtroom's television monitors.
4     Counsel are strongly encouraged to attend this training session and test any electronic
5  equipment containing evidence they wish to display at trial.
6     Finally, as previously ordered on March 1, 2013, all trial submissions, which are limited to
7  exhibits, discovery documents, and deposition transcripts, are to be submitted to the Court by **no**
8  **later than Monday, April 29, 2013.**  (*See* Doc. 188.)

10  IT IS SO ORDERED.
11  **Dated:   April 11, 2013**                /s/ Sheila K. Oberto
                                   UNITED STATES MAGISTRATE JUDGE