**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FRESNO ROCK TACO, LLC, et al.,**        ) | 1:11-CV-0845 SKO |
| ) | |
| Plaintiffs,         ) | ORDER RE: COMPENSATION OF |
| ) | JURY |
| v.        ) | |
| ) | |
| **NATIONAL SURETY CORPORATION,**         ) | |
| ) | |
| Defendants.         ) | |
| ) | |
| _____ ) | |

**Pursuant to the provisions of 28 U.S.C. § 1871(b)(2) the jury in this case, as of May 22, 2013, has served ten days.**

**By virtue of the extremely complex subject matter, the close attention the jury is required to pay to the evidence, and the length of the hours per day the jury is being asked to serve, the Court, in its discretion, directs that the Jury Administrator for the Fresno Division of the Eastern District of California increase the compensation to be paid each juror from $40.00 per day to $50.00 per day, an increase of $10.00 per day, pursuant to the provisions of 28 U.S.C. § 1871(b)(2).**

IT IS SO ORDERED.

Dated:   May 22, 2013                              /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE