UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO ROCK TACO, LLC, et al.,<br><br>                    Plaintiffs,<br><br>         v.<br><br>NATIONAL SURETY CORPORATION,<br>A Fireman's Fund Company<br><br>                    Defendant.<br>_____ / | Case No. 1:11-cv-00845-SKO<br><br>**ORDER ON NOTICE OF ASSOCIATION OF COUNSEL**<br><br>(Doc. 232) |

On June 18, 2013, Plaintiffs' counsel filed a notice of association of counsel indicating that Paul M. Smith, Esq. will serve as co-counsel for Plaintiffs.

Accordingly,   IT IS HEREBY ORDERED that the Clerk of Court update the docket to reflect Mr. Smith's appearance as counsel on behalf of Plaintiffs.

IT IS SO ORDERED.

   Dated:   **June 19, 2013**                            **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28