# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO ROCK TACO, LLC, et al., | CASE NO. 1:11-cv-00845-SKO |
| Plaintiffs, | |
| v. | ORDER SETTING TRIAL FOR JULY 31, 2013 |
| NATIONAL SURETY CORPORATION, | |
| Defendant. | |
| _____/ | |

On June 21, 2013, the parties appeared for a telephonic conference. Plaintiffs appeared through their counsel Benjamin Tryk, Esq., and Paul M. Smith, Esq.; Defendant appeared through its counsel John V. Hager, Esq., and Sean D. Cooney, Esq.

The parties discussed the June 10, 2013, substitution of counsel for Plaintiffs, and the remaining deadlines and trial date set in this case. To ensure adequate time for preparation of substitute counsel, the trial in this matter is **HEREBY SET for July 31, 2013, at 8:30 a.m. in Courtroom 7**. It was also agreed that the deadlines to file a motion to amend the September 11, 2013, pretrial order, file an opposition to amend the pretrial order, and file any stipulated requests for changes to the jury instructions or verdict form, or to propose voir dire questions would be extended.

Accordingly, IT IS HEREBY ORDERED that:

1. Any motion to amend the September 11, 2012, pretrial order shall be filed **no later than June 26, 2013**, and any opposition thereto shall be filed **no later than July 8, 2013**;

2. Any stipulated requests for changes to the jury instructions or the verdict form or any proposed voir dire questions shall be filed with the Court no later than **July 12, 2013**;

3. All trial submissions including exhibits, discovery documents, and/or deposition transcripts must be submitted to the Clerk's Office **no later than July 23, 2013;** and

4. The trial in this matter is **set to begin Wednesday, July 31, 2013**, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **June 24, 2013**                              **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE