1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| FRESNO ROCK TACO, LLC; ZONE SPORTS CENTER, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL SURETY CORPORATION, A FIREMAN'S FUND COMPANY and DOES 1 to 25, <br><br> Defendants. | Case No.: 11-cv-845-SKO <br><br> **STIPULATION AND ORDER TO AMEND THE BRIEFING SCHEDULE ISSUED BY THE COURT ON JULY 30, 2013** |

The parties do hereby stipulate to the following amendments to the briefing schedule for Defendant's Motion re: judicial estoppel and Plaintiffs' Motion re: sanctions:

Briefs:             July 30, 2013 by close of business.

Oppositions:   August 6, 2013

Replies:          August 9, 2013

**1**

The Motion hearing is set for **August 20, 2013, at 9:30 a.m.** before Magistrate Judge Sheila K. Oberto. The parties may appear by telephone by coordinating a one-line conference call and calling chambers at (559) 499-5790 at the designated time.

Date: July 30, 2013                                              LAW OFFICES OF BENJAMIN P. TRYK

By  /s/
    Benjamin P. Tryk
    Attorneys for Plaintiffs
    FRESNO ROCK TACO, LLC; ZONE
    SPORTS CENTER, LLC

Date: July 30, 2013                                              LAW OFFICES OF PAUL M. SMITH II

By  /s/
    Paul M. Smith II
    Attorneys for Plaintiffs
    FRESNO ROCK TACO, LLC; ZONE
    SPORTS CENTER, LLC

Date: July 30, 2013                                              HAGER DOWLING LIM & SLACK

By  /s/
    John Hager
    Attorney for Defendant
    NATIONAL SURETY CORPORATION

**ORDER**

Pursuant to the parties' stipulation, the briefing schedule is set as indicated above.

IT IS SO ORDERED.

   Dated:   **July 31, 2013**                                    **/s/ Sheila K. Oberto**
                                                                 UNITED STATES MAGISTRATE JUDGE