1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  FRESNO ROCK TACO, LLC, et al.,        CASE No. 1:11-cv-00845-SKO
12              Plaintiffs,
13       v.                               **ORDER SETTING TRIAL FOR MAY 28, 2014, AT 8:30 A.M.**
14
15  NATIONAL SURETY CORPORATION,
16              Defendant.
17  _____/
18
19       On November 14, 2013, the parties appeared for a trial setting conference. John Hager, Esq., and Sean Cooney, Esq., appeared telephonically on behalf of Defendant; Benjamin Tryk, Esq., and Paul Smith, II, Esq., appeared personally on behalf of Plaintiffs.

       The trial is set for **Wednesday, May 28, 2014, at 8:30 a.m. in Courtroom 7**. Trial will not be held on Monday, June 2, 2014, but will recommence on Tuesday, June 3, 2014, and proceed through Friday, June 6, 2014. Depending upon the progress of the parties' presentation of their respective cases to the jury, the trial may recommence on Monday, June 9, 2014, should a full five-day trial week be necessary.

       The parties shall submit objections to any proposed jury instructions **no later than February 5, 2014**. By **no later than February 5, 2014**, the parties shall also meet and confer

regarding the submission of a joint verdict form. If agreement is reached regarding the verdict form, the agreed-upon verdict form should be filed **no later than February 19, 2014**. To the extent the parties do not reach an agreement regarding the verdict form, the Court will consider any remaining disputes regarding the verdict form during the course of the trial. Trial submissions have been lodged and will remain lodged with the Court until the commencement of trial.

Accordingly, it is HEREBY ORDERED that:

1. Trial in this matter is SET for Wednesday, **May 28, 2014, at 8:30 a.m. in Courtroom 7**;
2. Any objections to proposed jury instructions shall be filed no later than February 5, 2014;
3. By no later than February 5, 2014, the parties shall meet and confer regarding the submission of a joint verdict form;
4. The parties shall file their joint verdict form by no later than February 19, 2014; and
5. To the extent any verdict-form disputes remain following the parties' meet and confer efforts, those issues will be considered by the Court promptly following commencement of the trial.

IT IS SO ORDERED.

Dated:   **November 15, 2013**                    /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE