Case 1:11-cv-00845-SKO   Document 364   Filed 08/22/14   Page 1 of 3

FILED
AUG 22 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| Fresno Rock Taco, LLC, a California limited liability company; Zone Sports Center, LLC, a California limited liability company,<br><br>  Plaintiffs,<br><br>v.<br><br>National Surety Corporation,<br><br>  Defendant. | CASE NO. CV F 11-0845 SKO<br>Magistrate Judge Sheila K. Oberto<br><br>**SPECIAL VERDICT FORM** |

We answer the below questions as follows:

**Question 1:** Did Plaintiffs suffer a loss covered under an insurance policy with National Surety Corporation?

   **X** Yes        ___ No

If your answer to Question 1 is yes, proceed to Question 2. If you answered no to Question 1, stop here, answer no further questions, and have the presiding juror sign and date this form.

**Question 2:** Did Plaintiffs make a false claim to National Surety?

   ___ Yes        **X** No

If your answer to Question 2 is yes, stop here, answer no further questions, and have the presiding juror sign and date this form. If you answered no, proceed to Question 3.

**Question 3:**

    a. What is the amount of the covered loss that National Surety Corporation failed to pay to Fresno Rock Taco, LLC? $ 2,224,349.00

    b. What is the amount of the covered loss that National Surety Corporation failed to pay to Zone Sports Center, LLC? $ 274,823.00

    Proceed to Question 4.

**Question 4:** Was National Surety Corporation's failure to pay policy benefits unreasonable or without proper cause?

    __X__ Yes      _____ No

    If your answer to Question 4 is yes, then answer Question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

**Question 5:** Was National Surety Corporation's failure to pay policy benefits a substantial factor in causing harm to Plaintiffs?

    _____ Yes      __X__ No

    If your answer to Question 5 is yes, then answer Question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

**Question 6:**

    a. What are Fresno Rock Taco, LLC's damages caused by National Surety Corporation's breach of the implied covenant of good faith and fair dealing?

$_____

    b. What are Zone Sports Center, LLC's damages caused by National Surety Corporation's breach of the implied covenant of good faith and fair dealing?

$_____

    Proceed to Question 7.

**Question 7:** Did an agent or employee of National Surety Corporation engage in the conduct with malice, oppression, or fraud?

    \_\_\_\_ Yes          \_\_\_\_ No

If your answer to Question 7 is yes, then answer Question 8. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

**Question 8:** Did one or more officers, directors, or managing agents of National Surety Corporation (1) authorize this conduct or (2) know of this conduct and adopt or approve it after it occurred?

    \_\_\_\_ Yes          \_\_\_\_ No

If your answer to Question 8 is yes, then answer Question 9. If you answered no to Question 8, stop here, answer no further questions, and have the presiding juror sign and date this form.

**Question 9:** What amount of punitive damages, if any, do you award Plaintiffs?

    $_____

Have your presiding juror sign and date this verdict.

DATED: 8/22/14        _[signature]_
                                  PRESIDING JUROR