# United States District Court



EASTERN DISTRICT OF CALIFORNIA

UNITED STATES COURTHOUSE

2500 TULARE STREET, ROOM 1501

FRESNO, CALIFORNIA 93721

FILED AUG 22 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## RECEIPT FOR TRIAL EXHIBITS

**CASE NUMBER:** 1:11-cv-00845 SKO

**CASE NAME:** Fresno Rock Taco, LLC, et al. vs National Surety Corporation

**DATE EXHIBITS RETURNED:** 8.22.2014

**EXHIBITS RETURNED:** All exhibits, admitted and non-admitted
All depositions

**Deft. Attorney:** John Hager + Sean Cooney

**Deft. Attorney Signature:** _[signature]_

**Pltf. Attorney:** Paul Smith

**Pltf. Attorney Signature:** _[signature]_

This document certifies that the aboved referenced exhibits were returned by stipulation and order.

**Date:** 8.22.2014

_Sheila K. Oberto_
Sheila K. Oberto, U.S. Magistrate Judge

**Received By:** _[initials]_
Courtroom Dpty init'l