**FILED**

**JUDGMENT ENTERED**

_____
by _____A. Timken_____  Date
Deputy Clerk

U.S. District Court
Eastern District of California

__XX____  FILE CLOSED

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

FRESNO ROCK TACO, LLC, et al.,

    Plaintiffs,

vs.

NATIONAL SURETY CORPORATION,

    Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:11-cv-00845 SKO

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that

    JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFFS FRESNO ROCK TACO, LLC, AND ZONE SPORTS CENTER, LLC IN ACCORDANCE WITH THE JURY VERDICT RENDERED 8/22/2014.

DATED:  8/25/2014

    MARIANNE MATHERLY, Clerk

    By: /S/ Alice Timken
        Deputy Clerk

jgm.civ
2/1/95