```
                                            FILED
                                      JUDGMENT ENTERED


                                   _____
                                            Date
                             by  _____A. Timken_____
                                                 Deputy Clerk
                                        U.S. District Court
                                   Eastern District of California
                             __XX____   FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

FRESNO ROCK TACO, LLC, et al.,

    Plaintiffs,

vs.

NATIONAL SURETY CORPORATION,

    Defendant.
_____/

**AMENDED JUDGMENT IN A CIVIL ACTION**

1:11-cv-00845 SKO

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that

    JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFFS FRESNO ROCK TACO, LLC, AND ZONE SPORTS CENTER, LLC IN ACCORDANCE WITH THE JURY VERDICT RENDERED 8/22/2014, WITH POST-JUDGMENT INTEREST CALCULATED PURSUANT TO 28 U.S.C. § 1961.  PREJUDGMENT INTEREST IN ALSO AWARDED PURSUANT TO THE COURT'S JANUARY 9, 2015 ORDER AMENDING THE JUDGMENT.

DATED:  1/9/2015

                                              MARIANNE MATHERLY, Clerk

                                              /s/ Alice Timken
                                 By:
                                                Deputy Clerk

jgm.civ
2/1/95